UNITED STATES DISTRICT COURT

FRANCISCO ARCIBAL                    CASE NO: 2:22-CV-01984-JAD-BNW
         PLAINTIFF
            VS                       REQUEST FOR CLARIFICATION OF
BARBARA SCHIFALACQUA ET AL'          ORDER OF 1-4-2023.
         DEFENDANTS

ON 1-4-2023 THIS COURT ISSUED AN ORDER STATING THAT MR. ARCIBAL'S COMPLAINT HAD BEEN DISMISSED WITHOUT PREJUDICE AND WITH LEAVE TO AMEND. IT Referenced DOCUMENT 6. MR ARCIBAL REVIEWED DOCUMENT 6 WHICH WAS AN ORDER TO FILE A Complete IFP APPLICATION WHICH MR ARCIBAL COMPLIED WITH ON 12-27-22 Please SEE DOCUMENT 8. THE ONLY OTHER FILING WAS DOCUMENT 9 WHICH WAS A MOTION TO APPOINT COUNSEL WHICH WAS RETURNED TO MR ARCIBAL WITH NO FILING RECEIPT. THE CONFUSION COMES WITH DOCUMENT 10 WHICH STATES THIS COURT HAD PREVIOUSLY DISMISSED HIS COMPLAINT. MR ARCIBAL NEVER RECEIVED SUCH A NOTICE. HE WISHES TO Comply WITH AN Amended COMPLAINT IF HE KNEW WHAT ADDITIONAL INFORMATION THE COURT REQUIRES. MR ARCIBAL'S RECORDS INDICATE HE HAS COMPLIED FULLY. CLARIFICATION IS NEEDED

**ORDER**

IT IS ORDERED that ECF No. 11 is GRANTED. Plaintiff shall have until February 3, 2023 to file an amended complaint.

IT IS FURTHER ORDERED that ECF No. 12 is GRANTED. The Court clarifies for Mr. Arcibal that in ECF No. 6, the Court dismissed Plaintiff's complaint without prejudice. ECF No. 6 at 4.

IT IS FURTHER ORDERED that the Clerk of Court shall send Mr. Arcibal a copy of ECF No. 6. Mr. Arcibal is directed to review pages two and three of ECF No. 6 to see what he must do to amend his complaint.

IT IS SO ORDERED
DATED: 3:59 pm, January 12, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**